# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Matthew C Barr  　　　　　　　　　　　　　　　CHAPTER 13
　　　　Michele J Barr
　　　　　　　Debtor(s)　　　　　　　　　　　　　　BKY. NO. 24-70043 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Reliance Savings Bank T/A Reliance Bank and index same on the master mailing list.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　/s/ Brent J. Lemon
　　　　　　　　　　　　　PA Western BK
　　　　　　　　　　　　　07 Jun 2024, 15:05:28, EDT

　　　　　　　　　　　　　Denise Carlon, Esq. (317226)　☐
　　　　　　　　　　　　　Brent Lemon, Esq. (86478)　☑
　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　bkgroup@kmllawgroup.com