# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70043-JAD |
| | : | |
| Matthew C. Barr and | : | Chapter 13 |
| Michele J. Barr, | : | |
|     Debtors | : | |
| | : | |
| Matthew C. Barr and | : | Related to Document No. 39, 41 |
| Michele J. Barr, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date & Time: |
| | : | July 17, 2024 at 10:00 AM |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the above captioned *Order Setting hearing and Motion to Reconsider Dismissal with Proposed Order of Court* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated July 13, 2024                    By:    /s/ Lawrence W. Willis, Esquire
                                              Lawrence W. Willis, Esquire
                                              PA I.D. # 85299
                                              Willis & Associates
                                              201 Penn Center Boulevard
                                              Pittsburgh, PA 15235
                                              Tel: 412.235.1721
                                              Fax:412.542.1704
                                              Lawrencew@urfreshstrt.com

MATRIX

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Matthew & Michele Barr
724 Skyline Drive
Dysart, PA 16636

Ally Credit Cards
Attn: Bankruptcy
Po Box 9222
Old Bethpage, NY 11804

American Infosource
PO Box 268941
Oklahoma City, OK 73126

AmeriCredit Financial Services, Inc.
P O Box 183853
Arlington, TX 76096

Avant/WebBank
222 North Lasalle Street Suite 1600
Chicago, IL 60601

Cach LLC
4340 S. Monaco Street 2nd Floor
Denver, CO 80237

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd, Ste 4
Wilmington, DE 19808

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

KML Law
701 Market St #5000
Philadelphia, PA 19106

Lvnv Funding Llc
C/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Mission Lane LLC
 Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

PA Department Of Revenue
Bankruptcy Division
PO Box 788
Harrisburg, PA 17128

Penelec
101 Crawford's Corner Road
Building 1 Suite 1-511
Holmdel, NJ 07733

Regional Acceptance Co
 Attn: Bankruptcy
 Po Box 1487
Wilson, NC 27894

Reliance Sav Bk
1119 12th Street
Altoona, PA 16601

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440