**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew C Barr<br>Michele J Barr<br>　　　　　Debtor(s) | |
| Reliance Savings Bank T/A Reliance Bank<br>　　　　　Movant<br>　　vs. | CHAPTER 13 |
| Matthew C Barr<br>Michele J Barr<br>　　　　　Debtor(s) | NO. 24-70043 JAD |
| Ronda J. Winnecour<br>　　　　　Trustee | Related to Doc. #35 |

**ORDER**

AND NOW, this 11th day of July, 2024 upon consideration of the Motion of Reliance Savings Bank T/A Reliance Bank to dismiss, it is ORDERED and DECREED that:

The motion is granted and the above-captioned Debtor's bankruptcy proceeding is hereby DISMISSED with prejudice. Furthermore, it is ordered that further bankruptcy filings by Debtor within a period of one hundred eighty (180) days hereof are prohibited without further leave of court.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ sjk
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller

cc: See attached service list

- 1 -

Matthew C Barr
724 Skyline Drive
Dysart, PA 16636

Michele J Barr
724 Skyline Drive
Dysart, PA 16636

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532

FILED
7/11/24 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70043-JAD |
| Matthew C Barr | Chapter 13 |
| Michele J Barr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew C Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |
| jdb | + | Michele J Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024               Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

**Name**           **Email Address**

Allison L. Carr
                  on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Brent J. Lemon
                  on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK blemon@kmllawgroup.com
                  lemondropper75@hotmail.com

Lawrence W. Willis
                  on behalf of Joint Debtor Michele J Barr ecf@westernpabankruptcy.com
                  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
                  on behalf of Debtor Matthew C Barr ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Jul 11, 2024 Form ID: pdf900 Total Noticed: 2

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6