## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 24-70043 JAD |
| **Matthew C Barr Michele J Barr** | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Document No. 38 |
| **Matthew C Barr Michele J Barr** | : | |
| Movant | : | |
| vs. | : | |
| **Reliance Savings Bank T/A Reliance Bank,** | : | |

### ORDER

**AND NOW** on this _____ day of _____, 2024, upon consideration of the *Motion to Reconsider Dismissal of Case*, filed by the Debtor, and upon good cause shown, it is hereby ordered and directed that the Order Dismissing the Case is vacated.

BY THE COURT:

_____

*Bankruptcy Judge*