**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70043-JAD |
| | : | |
| Matthew C. Barr and | : | Chapter 13 |
| Michele J. Barr, | : | |
|     Debtors | : | |
| | : | |
| Matthew C. Barr and | : | Related to Document No. 39, 41 |
| Michele J. Barr, | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date & Time: |
| | : | July 17, 2024 at 10:00 AM |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| | : | |
|     Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO RECONSIDER DISMISSAL OF CASE FILED AT DOCKET NO. 39

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reconsider Dismissal of Case filed on July 12, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 16, 2024 by 12:00 PM.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 16, 2024                         By: /s/ Lawrence Willis Esquire
                                                               Lawrence W Willis, Esquire
                                                               PA I.D. # 85299
                                                               Willis & Associates
                                                               201 Penn Center Blvd
                                                               Pittsburgh, PA 15235
                                                               Tel: 412.235.1721
                                                               Fax: 412.542.1704
                                                               lawrencew@urfreshstrt.com
                                                               Attorney for Debtors