IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 24-70043 JAD |
| | : | |
| **Matthew C Barr Michele J Barr** | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Related to Document No. 39 |
| **Matthew C Barr Michele J Barr** | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Reliance Savings Bank T/A Reliance Bank,** | | |

### ORDER

**AND NOW** on this __18th__ day of __July_____, 2024, upon consideration of the *Motion to Reconsider Dismissal of Case*, filed by the Debtor, and upon good cause shown, it is hereby ordered and directed that the Order Dismissing the Case is vacated.

BY THE COURT:

_____ sjk
*Jeffery A. Deller*
*U.S. Bankruptcy Judge*

FILED
7/18/24 7:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70043-JAD |
| Matthew C Barr | Chapter 13 |
| Michele J Barr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew C Barr, Michele J Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |
| 15683651 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 15683657 | + | Reliance Sav Bk, 1119 12th Street, Altoona, PA 16601-3419 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 23:52:54 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683643 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 18 2024 23:46:00 | AmeriCredit Financial Services, Inc., P O Box 183853, Arlington, TX 76096 |
| 15683641 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 23:52:42 | Ally Credit Cards, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15699536 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 18 2024 23:46:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15683642 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 23:53:31 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 15683644 | + | Email/Text: bk@avant.com | Jul 18 2024 23:46:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15697347 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 23:52:53 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683647 | | Email/Text: cfcbackoffice@contfinco.com | Jul 18 2024 23:46:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 15683645 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 23:52:48 | Cach LLC, 4340 S. Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 15683646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 23:53:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15686943 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 23:52:40 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15683648 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 23:52:44 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15683649 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 18 2024 23:52:54 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15696151 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2024 23:46:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

Case 24-70043-JAD   Doc 49   Filed 07/20/24   Entered 07/21/24 00:26:53   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15683650 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 18 2024 23:46:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15699654 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 18 2024 23:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15691618 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 23:52:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683652 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 23:53:29 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683653 | | Email/Text: ml-ebn@missionlane.com | Jul 18 2024 23:45:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15683654 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 23:46:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15683655 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 18 2024 23:46:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15683656 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 18 2024 23:53:31 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 15683658 | + | Email/Text: BNCnotices@dcmservices.com | Jul 18 2024 23:46:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | RELIANCE SAVINGS BANK T/A RELIANCE BANK |
| cr | *+ | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15696143 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., P O Box 183853, Arlington, TX 76096 |
| 15696141 | *+ | Ally Credit Cards, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15696142 | *+ | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 15696144 | *+ | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15696147 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 15696145 | *+ | Cach LLC, 4340 S. Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 15696146 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15696148 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15696149 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15696152 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15696150 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15696153 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15696154 | *+ | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 15696155 | *+ | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15696156 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15696157 | *+ | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15696158 | *+ | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15696159 | *+ | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 15696160 | *+ | Reliance Sav Bk, 1119 12th Street, Altoona, PA 16601-3419 |
| 15696161 | *+ | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Brent J. Lemon | on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Lawrence W. Willis | on behalf of Joint Debtor Michele J Barr ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Matthew C Barr ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6