Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Matthew C Barr** | : | Case No. 24−70043−JAD |
| **Michele J Barr** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Docs. #37 and 50 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 8th of August, 2024,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller<br>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70043-JAD |
| Matthew C Barr | Chapter 13 |
| Michele J Barr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 08, 2024 | Form ID: 309 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew C Barr, Michele J Barr, 724 Skyline Drive, Dysart, PA 16636-9500 |
| 15683651 | + | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 15683657 | + | Reliance Sav Bk, 1119 12th Street, Altoona, PA 16601-3419 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 23:49:52 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683643 | | EDI: PHINAMERI.COM | Aug 09 2024 03:32:00 | AmeriCredit Financial Services, Inc., P O Box 183853, Arlington, TX 76096 |
| 15683641 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2024 23:49:26 | Ally Credit Cards, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15699536 | + | EDI: PHINAMERI.COM | Aug 09 2024 03:32:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15683642 | + | EDI: AIS.COM | Aug 09 2024 03:32:00 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 15683644 | + | Email/Text: bk@avant.com | Aug 08 2024 23:43:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15697347 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 23:49:40 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683647 | | Email/Text: cfcbackoffice@contfinco.com | Aug 08 2024 23:42:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 15683645 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 23:49:41 | Cach LLC, 4340 S. Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 15683646 | + | EDI: CAPITALONE.COM | Aug 09 2024 03:32:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15686943 | | EDI: CAPITALONE.COM | Aug 09 2024 03:32:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15683648 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 23:49:43 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15683649 | + | EDI: AMINFOFP.COM | Aug 09 2024 03:32:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15696151 | | EDI: IRS.COM | Aug 09 2024 03:32:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

| Recip ID | Flag | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15683650 | | EDI: JEFFERSONCAP.COM | Aug 09 2024 03:32:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15699654 | | EDI: JEFFERSONCAP.COM | Aug 09 2024 03:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15691618 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 23:49:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683652 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 23:49:39 | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15683653 | | Email/Text: ml-ebn@missionlane.com | Aug 08 2024 23:42:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15683654 | + | EDI: PENNDEPTREV | Aug 09 2024 03:32:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15683654 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 23:42:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15683655 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 08 2024 23:42:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15683656 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 09 2024 00:01:46 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 15683658 | + | Email/Text: BNCnotices@dcmservices.com | Aug 08 2024 23:42:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | RELIANCE SAVINGS BANK T/A RELIANCE BANK |
| cr | *+ | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15696143 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., P O Box 183853, Arlington, TX 76096 |
| 15696141 | *+ | Ally Credit Cards, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15696142 | *+ | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 15696144 | *+ | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15696147 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 15696145 | *+ | Cach LLC, 4340 S. Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 15696146 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15696148 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15696149 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15696152 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15696150 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15696153 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15696154 | *+ | KML Law, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 15696155 | *+ | Lvnv Funding Llc, C/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15696156 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15696157 | *+ | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 15696158 | *+ | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 15696159 | *+ | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 15696160 | *+ | Reliance Sav Bk, 1119 12th Street, Altoona, PA 16601-3419 |
| 15696161 | *+ | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

Case 24-70043-JAD   Doc 52   Filed 08/10/24   Entered 08/11/24 00:23:42   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 309 | Total Noticed: 26 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

**Name** — **Email Address**

Allison L. Carr
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Brent J. Lemon
on behalf of Creditor RELIANCE SAVINGS BANK T/A RELIANCE BANK blemon@kmllawgroup.com
lemondropper75@hotmail.com

Lawrence W. Willis
on behalf of Joint Debtor Michele J Barr ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
on behalf of Debtor Matthew C Barr ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6