**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MATTHEW C BARR
MICHELE J BARR
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Respondents.

Case No.:24-70043 JAD

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/09/2024  and confirmed on 04/16/2024 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,047.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,042.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,275.37 | |
|   Trustee Fee | 302.82 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,578.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| RELIANCE BANK/RELIANCE SAVINGS BAN | 0.00 | 3,323.89 | 0.00 | 3,323.89 |
|   Acct: 0251 | | | | |
| RELIANCE BANK/RELIANCE SAVINGS BAN | 80,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0251 | | | | |
| PA DEPARTMENT OF REVENUE* | 88,381.71 | 0.00 | 0.00 | 0.00 |
|   Acct: 7720 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 2,979.23 | 0.89 | 139.03 | 139.92 |
|   Acct: 2004 | | | | |
| | | | | 3,463.81 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MATTHEW C BARR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MATTHEW C BARR | 5.00 | 5.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 4,000.00 | 1,275.37 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,074.92 | 0.00 | 0.00 | 0.00 |
| Acct: 7720 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ALLY CREDIT** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8804 | | | | |
| AMERICAN INFOSOURCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AVANT LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9717 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 742.25 | 0.00 | 0.00 | 0.00 |
| Acct: 1159 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 334.61 | 0.00 | 0.00 | 0.00 |
| Acct: 3302 | | | | |
| CONTINENTAL FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2439 | | | | |
| LVNV FUNDING LLC | 561.13 | 0.00 | 0.00 | 0.00 |
| Acct: 6723 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 442.73 | 0.00 | 0.00 | 0.00 |
| Acct: 7553 | | | | |
| INTERNAL REVENUE SERVICE* | 6,536.71 | 0.00 | 0.00 | 0.00 |
| Acct: 7720 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,238.81 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6325 | | | | |
| MISSION LANE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9305 | | | | |
| PENELEC/FIRST ENERGY** | 15,185.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5959 | | | | |
| REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7620 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 594.14 | 0.00 | 0.00 | 0.00 |
| Acct: 7720 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4958 | | | | |
| CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4306 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                              3,463.81

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY             1,074.92
SECURED           171,360.94
UNSECURED         25.635.59

Date: 09/04/2024                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com